# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-40345
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 24, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CLIFFTON EARL-SHANE JONES,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CR-65-1

Before BENAVIDES, HIGGINSON, and ENGELHARDT, Circuit Judges.
PER CURIAM:[*]

Cliffton Earl-Shane Jones was convicted by a jury of possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On appeal, Jones argues that his Texas aggravated assault conviction is not a crime of violence pursuant to U.S.S.G. § 2K2.1(a)(4)(A). We review the district court's interpretation and application of the Sentencing Guidelines de novo. *United States v. Baker*, 742 F.3d 618, 620 (5th Cir. 2014). Because, as Jones

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40345

acknowledges, his argument is foreclosed by *United States v. Guillen-Alvarez*, 489 F.3d 197, 200-01 (5th Cir. 2007), the district court correctly determined that his conviction for Texas aggravated assault constituted a crime of violence under § 2K2.1(a)(4)(A). *See also United States v. Shepherd*, 848 F.3d 425, 427-28 (5th Cir. 2017); *United States v. Guzman*, 797 F.3d 346, 348 (5th Cir. 2015).

Accordingly, the district court's judgment is AFFIRMED.